# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0236.  SHARON O'CONNOR v. TYLER VANDENBERG et al.**

Sharon O'Connor filed this application for discretionary appeal seeking review of the trial court's order dismissing her petition to adopt a minor child. Final orders in adoption cases, however, may be appealed directly under OCGA § 5-6-34 (a) (1). See *Sauls v. Atchison*, 326 Ga. App. 301, 303-304 (1) (756 SE2d 577) (2014); *Families First v. Gooden*, 211 Ga. App. 272, 274 (1) (439 SE2d 34) (1993).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. O'Connor shall have 10 days from the date of this order to file a notice of appeal with the superior court, if she has not already done so. The superior court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/15/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*